| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Walton, Reggie B. | 2. Court or Organization U.S. District Court D.C. | 3. Date of Report 07/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address E. Barrett Prettyman Cthse 333 Constitution Avenue, N.W. Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | The Robert A. Shuker Scholarship Fund, Inc. |
| 2. Member | Dean's Advisory Counsel, American University College of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | District of Columbia Courts Judicial Retirement Plan, no control |
| 2. 1995 | Four Kings, Inc. promissory note and commission on foreign commodities sales |
| 3. | |

2009 JUL 13 A 11: 14 RECEIVED FINANCIAL DISCLOSURE OFFICE

**Walton, Reggie B**

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B. | 07/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | ███████████████ - Self Employed |
| 2. | 2008 | ███████████ Medical Practice |
| 3. | 2008 | ██████████ Consultant |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Prison Rape Eliminati on Committee | January 14, 2008 | Grapevine, TX | Speaker | Transportation and food |
| 2. | Vanderbilt University | February 22-23, 2008 | Nashville, TN | Participant (Moot Court) | Transportation, lodging and food |
| 3. | Alpha Phi Alpha, Fraternity | February 23, 2008 | Long Island, NY | Keynote Speaker | Transportation and food |
| 4. | The Federal Judicial Center | March 9-12, 2008 | Redondo Beach, CA | Workshop, Participant | Transportation, lodging and food |
| 5. | Literacy Seervices (414)344-58 78 | May 1, 2008 | Milwaukee, WI | Keynote Speaker | Transportation |
| 6. | Washington County Bar Assoc iation and Washington County Bar Foundation | May 12-13, 2008 | Washington, Pennsylvania | Speaker | Transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B. | 07/07/2009 |

| | | | | |
|---|---|---|---|---|
| 7. Mountain State Bar Association | May 17, 2008 | Beckley, WV | Speaker | Transportation, lodging and food |
| 8. West Virinia State University Foundation, Inc. Commencement Speaker | May 18, 2008 | Charleston, WV | Commencement Speaker | Lodging, food and Transportation |
| 9. United States Sentencing Commission | May 22-23, 2008 | Orlando, Fl. | Participant | Transporation, lodging and food |
| 10 Federal Judicial Center | June 3-6, 2008 | Nemacolin, PA | Participant | Transportation, lodging and food |
| 11 SEAK | June 19, 2008 | Cape Code, Mass. | Speaker | Transportation and expenses |
| 12 Federal Judicial Center | June 23-24, 2008 | Long Beach, CA | Participant | Transporation, lodging and food |
| 13 Federal Judicial Center--United States Sentencing Commission | June 24-28, 2008 | Long Beach, CA | Participant | Transportation, lodging and food |
| 14 Harvard Law School | September 15-19, 2008 | Cambridge, Mass. | Instructor | Transportation, lodging and food |
| 15 State of Kansas, Judicial Branch | October 19-20, 2008 | Kansas City, MI | Instructor | Transportation, lodging and food |
| 16 Federal Judicial Center | December 14-16, 2008 | Saratoga, FL | Participant/Member | Transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B. | 07/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. G.E. Money LOC | Line of Credit | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B. | 07/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rushmore IRA #1, Fund for Gov't Investors; Gas Index Fund | A | Interest | J | T | | | | | |
| 2. Rushmore IRA #2, Fund for Gov't Investors | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B. | 07/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B. | 07/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544